IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-93

KIM A. WEBB,                    )
            Plaintiff,          )
                                )
    vs.                         )            ORDER
                                )
BELL SOUTH,                     )
            Defendant.          )
_____)

**THIS MATTER** is before the Court on the plaintiff's Motion to Dismiss  (Doc. No.  5),

reciting that the parties have reached a settlement.

**THEREFORE, IT IS HEREBY ORDERED**  that the plaintiff's motion is **GRANTED**,

and this matter is **DISMISSED** with prejudice.


        Signed: April 10, 2007


        Robert J. Conrad, Jr.
        Chief United States District Judge